UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------X

| | | |
|---|---|---|
| PEOPLE'S BANK, | : | Civil Action Case No. |
| | | 3:02-CV-714 (SRU) |
| Plaintiffs, | : | |
| - against - | : | |
| BANK OF EAST ASIA, LIMITED, | : | |
| Defendant. | : | |

------------------------------------------------------------X       JANUARY 21, 2005

### STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a), Fed. R. Civ. P., by and between the undersigned, that this action may be dismissed, with prejudice and without costs.

PLAINTIFF PEOPLE'S BANK

By: _____
William J. Wenzel
Fed. Bar No.:
PULLMAN & COMLY, LLC
850 Main Street
P.O. Box 7006
Bridgeport, Connecticut 06601-7006
203-330-2000

DEFENDANT BANK OF EAST ASIA LIMITED

By: _____
Scott S. McKessy
Fed. Bar No. ct23259
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
212-521-5400